**CLOSED**

Michael G. McNally, Esq. (MM-6714)
**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NEW JERSEY REGIONAL COUNCIL OF CARPENTERS and NEW JERSEY CARPENTERS FUNDS and the TRUSTEES THEREOF, | ) ) ) ) ) | Hon. **HON. D.M. CAVANAUGH, USDJ** Civil Action No. 11- CV - 3468 |
| Petitioners, | ) ) ) | CIVIL ACTION JUDGMENT |
| v. | ) ) | |
| WILMAC CONTRACTING, | ) ) | |
| Respondents. | ) | |

**THIS MATTER** having come before the Court by Kroll Heineman Carton, LLC (Michael G. McNally, Esq., appearing) pursuant to a Petition to Confirm Arbitration Award; the Court having fully and thoroughly considered the matter as well as any pleadings, motions, and oral argument of counsel; and a decision having been duly rendered by this Court;

IT IS on this 18th day of July 2011,

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent Wilmac Contracting, the sum of $13,926.13.

*/s/ Dennis M. Cavanaugh*
Judge, United States District Court

**Dennis M. Cavanaugh**
**U.S. District Judge**
